ACCEPTED
06-14-00157-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/10/2015 11:35:12 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-00157-CR

| | | |
|---|---|---|
| **CINQUE ROSS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **IN AND FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/10/2015 11:35:12 AM
DEBBIE AUTREY
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME
### FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due today, April 10, 2015, and I have not completed it due to other matters with more pressing deadlines.

2. The State seeks an additional 31 days, until Monday, May 11, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

   In the past 30 days the undersigned attorney has worked on the following:

   A.  Appellate Brief

       1.  *Cordero Brown v. State, 06-14-00115-CR,* (10 volumes; 5 issues) April 22, 2015 after one extension .

   B.  Responses to Six Writ Applications:

1. *Ex parte Ryan Woods,* 39,923B H 1, WR 37,856-10, March 13, 2015
2. *Ex parte Terry Miller* 30,600-A-H-8, WR 37,856-11 March 16, 2015.
3. *Ex parte Laderick Morgan* 33,311-B-H-1 March 31, 2015.
4. *Ex parte Moises Renteria* 38,802-A-H-1 April 1, 2015.
5. *Ex parte James Pierce* 37630-A.H-3 April 1, 2015.
6. *Ex parte Cline* 16,318-A-H-12?, *WR-16.199-02,* March 30, 2015

   C.   PDR's reviewed:

   1. *Saddler v. State,* 6-14-00016-CR, March 23, 2015.
   2. *Pruitt v. State,* 6-14-00216-CR, March 30, 2015.

4. In the next 30 days the undersigned attorney has briefing deadlines in the following cases in addition to this one:

   A.   *Brown v. State,* 06-14-00115-CR;
           (10 volumes; 5 issues) April 22, 2015 after one extension

   B.   *Nelson v. State,* 06-14-00204-CR, April 20, 2015

5. Appellant relies on the following facts as good cause for the requested extension:

   A.   During the past 30 days, the undersigned has submitted seven habeas responses, as shown above, and has worked on the *Brown* brief. In addition, I have processed numerous traffic court appeals and bond forfeiture cases.
   B.   No previous extensions have been requested by the State in this case.

C.    This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/ *Zan Colson Brown*

 Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Lew Dunn
P.O. Box. 2226
Longview, Texas 75606
Dunn@texramp.net

This 10th day of April, 2015.

/s/ *Zan Colson Brown*

Zan Colson Brown
Assistant District Attorney